No. 90. ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, APPELLANT, *v.* BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF DOUGLAS, STATE OF COLORADO, ET AL. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Argued December 14,

1917. Decided January 7, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Phillips* v. *Negley,* 117 U. S. 665, 671; *Covington* v. *First National Bank,* 185 U. S. 270; *MacFarland* v. *Byrnes,* 187 U. S. 246; *United States* v. *Beatty,* 232 U. S. 463. The petition for a writ of certiorari is denied. *Mr. S. T. Bledsoe, Mr. Gardiner Lathrop* and *Mr. Henry T. Rogers* for appellant. *Mr. A. L. Doud* and *Mr. B. C. Hilliard* for appellees.